UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAMONT POWELL | Honorable Douglas E. Arpert<br><br>Crim. No. 03-0028-007 (FLW)<br><br>**DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (John E. Clabby, Assistant United States Attorney, appearing), in the presence of Andrea Bergman, Assistant Federal Public Defender, attorney for defendant Lamont Powell, for an order pursuant to Title 18, United States Code, Section 3143(a) and Federal Rule of Criminal Procedure 32.1(a)(6) to detain the Defendant without bail pending a violation of supervised release hearing in the above-entitled matter:

IT IS, therefore, on this 15th day of June 2012,

ORDERED, pursuant to Title 18, United States Code, Section 3143(a) and Federal Rule of Criminal Procedure 32.1(a)(6), that the Defendant be committed to the custody of the Attorney General or his authorized representative pending a violation of supervised release hearing in the above-entitled matter; and it is further

ORDERED, that the Defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the Defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings; and it is further

ORDERED that the motion of the United States for an order detaining the Defendant without bail pending a violation of supervised release hearing in the above-entitled matter is hereby granted, and the Defendant is hereby ordered detained pending a violation of supervised release hearing in the above-entitled matter, but the Defendant shall have leave of the Court to present a suitable bail package on short notice.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge